IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GRACE DIGITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:16-cv-1201-JRG-RSP |
| v. | ) |
| | ) |
| AT&T MOBILITY LLC, LOGITECH INC. and ULTIMATE EARS INCORPORATED | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by Grace Digital, Inc. and against defendants Logitech, Inc., Ultimate Ears, Inc., and AT&T Mobility LLC in this case, and without prejudice as to all counterclaims, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff Grace Digital, Inc. against defendants Logitech, Inc., Ultimate Ears, Inc., and AT&T Mobility LLC are hereby dismissed with prejudice, and all counterclaims are hereby dismissed without prejudice, subject to the terms of that certain agreement entitled "**CONFIDENTIAL SETTLEMENT AND LICENSE AGREEMENT**" and dated April 4, 2017.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 9th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE